IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

CHRISTIAN J. WASHINGTON,

                        Plaintiff,

vs.                             Case No. 6:21-cv-01189-DDC-KGG

CITY OF WICHITA, KANSAS, a municipal corporation, and DRAKE KREIFELS, an individual,

                        Defendants.

**Index of Exhibits to Response to Motion for Summary Judgment**

- Doc. 29-1 Index of Exhibits to Response to Motion for Summary Judgment
- Officer Kreifels Axon Video (Shooter).mp4 --Kreifels AXON video (to be filed conventionally) (Referred to in Response as *Kriefels Video*)
- Officer Oliverson Axon Video.mp4 --Oliverson AXON video (to be filed conventionally) (Referred to in Response as *Oliverson*)
- Officer Kreifles interview.mp4 --Kreifels Interview video (to be filed conventionally) (Referred to in Response as *Kreifels Interview*)